JOSEPH H. FARRINGTON, Respondent-Appellant, v. 4 TO 12 WATER STREET BKLYN., INC., Respondent, and MANHATTAN BATTING & FELTING CO., INC., Appellant.— In an action to recover damages for personal injuries sustained when the plaintiff was struck by a falling fire escape while he was walking on the sidewalk adjacent to a building owned by defendant 4 to 12 Water Street Bklyn., Inc., and occupied entirely by defendant Manhattan Batting & Felting Co., Inc., pursuant to a written lease, the latter defendant appeals from the judgment against it in favor of the plaintiff, and in favor of defendant 4 to 12 Water Street Bklyn., Inc., against the plaintiff. The plaintiff appeals from that part of the judgment which is in favor of defendant 4 to 12 Water Street Bklyn., Inc. On appeal by defendant Manhattan Batting & Felting Co., Inc., the judgment, insofar as it is in favor of plaintiff, is unanimously affirmed, with costs to plaintiff against said defendant. The appeal of defendant Manhattan Batting & Felting Co., Inc., from that portion of the judgment which is in favor of defendant 4 to 12 Water Street Bklyn., Inc., and against the plaintiff, is dismissed, without costs. (*Ward* v. *Iroquois Gas Corp.*, 258 N. Y. 124; *Bensaude* v. *Flomarcy Co.*, 293 N. Y. 656.) On plaintiff's appeal from the judgment against him and in favor of defendant 4 to 12 Water Street Bklyn., Inc., the judgment, insofar as appealed from, is unanimously affirmed, without costs. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ. [See *post,* p. 940.]

MIRIAM GREENFIELD, Plaintiff, v. LOUIS TESHER, Defendant. MIRIAM GREENFIELD, Respondent, v. LOUIS TESHER, Defendant, and HYMAN BLOOM, Appellant.— Order severing action and permitting appellant to intervene and serve his answer, insofar as appealed from, affirmed, without costs. No opinion. Close, P. J., Hagarty, Johnston and Lewis, JJ., concur; Adel, J., not voting.